UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. |
| | ) 2:23-cr-4-1-2-3-4 |
| RONALD HARRIS, aka "Rizz," | ) |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges:

### Count One

Between in or about October 2021 to in or about January 2023, in the District of Vermont and elsewhere, the defendants RONALD HARRIS, aka "Rizz," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" and others, known and unknown to the grand jury, knowingly and willfully conspired to distribute cocaine base and fentanyl, Schedule II controlled substances, and heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846, 841(a), and 841(b)(1)(C))

1

## Count Two

On or about October 7, 2021, in the District of Vermont, the defendant " knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

## Count Three

On or about May 12, 2022, in the District of Vermont, the defendants █████ ███████████████████████████████' knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

## Count Four

On or about June 2, 2022, in the District of Vermont, the defendant ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮" knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

## Count Five

On or about September 29, 2022, in the District of Vermont, the defendant ███ ███████████ knowingly and intentionally possessed with the intent to distribute heroin, a Schedule I controlled substance, and cocaine base a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

Forfeiture Notice

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 & 846, the defendants, RONALD HARRIS, aka "Rizz," ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes United States funds in the amount of gross proceeds obtained as a result of the violation.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of this court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(21 U.S.C. § 853)

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

*Nikolas P. Kerest by Carl*

NIKOLAS P. KEREST (EAPC)
United States Attorney
Burlington, Vermont
January 12, 2023